IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOBBY JOE MAXWELL,**<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**ERNIE ROE, Warden,**<br><br>　　　　　　　　　Respondent. | CV 02-9555-JVS (FMO)<br><br>**JUDGMENT** |

　　　Pursuant to the Ninth Circuit's opinion filed on November 30, 2010,

　　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is hereby granted. Respondent shall discharge Petitioner from all adverse consequences of the judgment in Los Angeles County Superior Court Case No. A350010, unless Petitioner is brought to retrial within one hundred and twenty (120) days of the entry of the Judgment herein, plus any additional delay authorized under State law.

Dated: __March 14, 2012_____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　　United States District Judge

1